time to answer the amended complaint to ten days after service of order. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MARY J. GALVIN V. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

KATHERINE KAUER and Another v. THIRD AVENUE RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

CLAUDE NEON LIGHTS, INC., v. FEDERAL ELECTRIC COMPANY, INC., and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin and Sherman, JJ.

In the Matter of the Estate of MAUD IRENE HUBBARD, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

THE CITY OF NEW YORK v. GLOBE INDEMNITY COMPANY and FRONT DRIVE MOTOR COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

MARTHA WILLE V. IRA MAIER.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

MANHATTAN FINANCIAL CORPORATION v. HARRY GOODSTEIN, as Receiver of the Real Estate and Personal Property of GLIKOS REALTY CORPORATION and Others, Impleaded with IRVING TRUST COMPANY, as Ancillary Receiver in Equity of the ACME GLASS COMPANY, etc.— Motion denied, with ten dollars costs. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

DAVID A. BROWN v. NORMAN K. WINSTON, Impleaded, etc.— Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin and Sherman, JJ.

KATHERINE KAUER and FRANK KAUER v. THIRD AVENUE RAILWAY COMPANY.— Motion granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of CHARLES W. WALTER for an Order Directing MARK HENRY SCHNEIDER, an Attorney, to Turn over Certain Moneys.— Motions granted upon condition that surety company bond is satisfactory to petitioner. Settle orders on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HARLEY REALTY CORPORATION against WILLIAM E. WALSH and Others. In the Matter of the Application of CHARLES BRADY, as Superintendent of Buildings, etc., and Others against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others.— Motion granted. Present — Finch, Merrell, O'Malley and Sherman, JJ.

ARTHUR W. SLOMAN and Another v. WILHELM H. BENNET, Impleaded with EDWARD HUTH and Others.— Stay granted except that orders and judgment embodying decision appealed from may be entered. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SARTELL PRENTICE and Others v. ROBERT M. KERN.— Motion denied, with